# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-4227

Mark Lipstein v. United Healthcare Services Inc, et al

(Originating Court No. 1-11-cv-01185)

**O R D E R**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 6/16/2014


cc: Brian D. Boyle Esq.
Jonathan D. Hacker Esq.
John W. Leardi Esq.
Anthony F. Maul Esq.
Anton Metlitsky Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.